UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ERRO1 MEDINA

(Enter above the full name of
plaintiff in this action)

v.

Jeffery Reich

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: _____
(to be supplied by Clerk
of the District Court)

FILED
HARRISBURG, PA

MAY 13 2021

PER___IBR___
DEPUTY CLERK

COMPLAINT

1. The plaintiff Errol MEDINA _____ a citizen of

the County of York _____ State of

Pennsylvania, residing at 717 West King St _____

wishes to file a complaint under USC 42-1983 _____
(give Title No. etc.)

_____

2. The defendant is ___Jeffery Reich_____

_____

3.  STATEMENT OF CLAIM: (State below the facts of your case.   If you have paper
exhibits that give further information of your case, attach them to this completed form. Use as
much space as you need. Attach extra sheet(s) if necessary)
3. (CONTINUED) THE DEFENDANT VIOLATED the plaintiff's
14th Amend Rights under the color of law.

THE defendant Knowingly conspired to deny plaitiff's constitutional Rights as part of an ongoing criminal conspiracy.

4. WHEREFORE, plaintiff prays that the court Awards the plaintiff monetary DAMAGES in the form of $20 million for compensatory DAMAGES and $60 million for punitive DAMAGES.

| |
|---|
| (Signature of Plaintiff) |